CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 22 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUSTIN B. COOK, | ) | CASE NO. 7:15CV00483 |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| COM[MISSION]ER OF THE VIRGINIA | ) | |
| DEPT. OF CORRECTIONS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's motion to amend (ECF No. 10), to add claims concerning events at the Piedmont Regional Jail, is **DENIED**;

2. This civil action under 42 U.S.C. § 1983 is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim; and

3. The clerk **SHALL** strike the case from the active docket of the court.

ENTER: This 22d day of October, 2015.

_/s/ Glen E. Conrad_
Chief United States District Judge